**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael P. Kahn (admitted *pro hac vice*)
mkahn@akingump.com
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Romeao Jennings (SBN 281568)
rjennings@akingump.com
4 Park Plaza
Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

*Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS,<br><br>Defendants. | Case No. 5:17-cv-649-RSWL-DTB<br><br>**CONSENT JUDGMENT** |

| | |
|---|---|
| 1 | Plaintiffs 3M Company and 3M Innovative Properties Company ("3M") and |
| 2 | Defendant K2 Concepts ("K2") (collectively, the "Parties") have agreed to settle all |
| 3 | claims among them in the above-captioned matter, pursuant to a confidential Settlement |
| 4 | Agreement (the "Settlement Agreement"), and to entry of this Consent Judgement. The |
| 5 | Court, being advised of the Parties' agreement, **HEREBY ORDERS, ADJUDGES,** |
| 6 | **and DECREES THAT:** |
| 7 | 1.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and |
| 8 | 1338(a) and personal jurisdiction over the Parties. Venue is proper in the United States |
| 9 | District Court for the Central District of California under 28 U.S.C. §§ 1391(b) and |
| 10 | 1400(b). |
| 11 | 2.    Plaintiff 3M Innovative Properties Company is the assignee and owner of |
| 12 | U.S. Patent Nos. 6,820,824; 7,374,111; 8,002,200; 8,424,780; 8,628,026; 8,955,770; and |
| 13 | 9,211,553 (collectively, the "Patents-in-Suit"). 3M Company is the exclusive licensee |
| 14 | of the Patents-in-Suit. The Patents-in-Suit are generally directed to systems and |
| 15 | methods for spraying liquids, such as spray guns, and liquid reservoirs for such systems, |
| 16 | including disposable lids and liners. |
| 17 | 3.    The claims of the Patents-in-Suit are valid and enforceable. |
| 18 | 4.    K2 acknowledges and agrees that it has infringed at least one claim of each |
| 19 | of the Patents-in-Suit by using, offering for sale, and selling disposable lids and liners |
| 20 | for use in 3M's PPS™ paint system, in violation of 35 U.S.C. § 271. |
| 21 | |

5. K2 and its respective officers, agents, representatives, affiliates, assignees, successors, and all persons acting on behalf of or at the direction of, or in concert or participation with K2 are hereby permanently enjoined from making, using, offering to sell, selling, or importing into the United States any products that infringe the Patents-in-Suit, from inducing others to infringe the Patents-in-Suit, and from contributing to the infringement of the Patents-in-Suit. This injunction shall not extend beyond the expiration of the Patents-in-Suit.

6. K2 agrees not to challenge, or cause to be challenged, directly or indirectly, the validity and/or enforceability of the Patents-in-Suit in any court or tribunal, including the United States Patent and Trademark Office. K2 further agrees not to directly or indirectly aid, assist, or participate in any action or proceeding contesting the validity or enforceability of the Patents-in-Suit. The foregoing two sentences, however, shall not prevent K2 from responding to a valid subpoena issued by a court or governmental agency of competent jurisdiction.

7. This Court shall retain jurisdiction for purposes of enforcing the terms of this Consent Judgement and the Settlement Agreement.

8. K2 acknowledges and agrees that any violation of this Consent Judgment would constitute contempt of this Court's order, and therefore subject K2, in addition to any other remedies available to 3M at law or equity, to civil and criminal sanctions.

9. If K2 is found by the Court to be in contempt of, or otherwise to have violated this Consent Judgement, and/or to have breached the Settlement Agreement,

3M will suffer irreparable harm. In addition to equitable remedies available for contempt or violation of this Consent Judgement, and/or for breach of the Settlement Agreement, 3M shall be entitled to any damages caused by K2's contempt or violation of this Consent Judgement and/or breach of the Settlement Agreement, and to recover its attorneys' fees, costs, and other expenses incurred in enforcing the Consent Judgment and/or the Settlement Agreement.

10. K2 acknowledges and agrees that any infringement of the Patents-in-Suit after the date of this Consent Judgment would constitute willful and egregious misconduct and would warrant enhanced, treble damages under 35 U.S.C. § 284.

11. Other than provided in paragraph 9 of this Consent Judgement, each party shall bear its own costs and attorneys' fees.

12. No appeal shall be taken by K2 from this Consent Judgement, the right to appeal having been expressly waived.

PURSUANT HERETO, the Clerk of this Court is directed to enter Final Judgement in favor of Plaintiffs, without further notice.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this 26 day of April, 2017.

                                           **s/ RONALD S.W. LEW**
                                           Hon. Ronald S.W. Lew
                                           United States District Court Judge

1 | APPROVED AS TO FORM AND CONTENT:

2 | Dated: April 20, 2017

*[Signature]*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Romeao Jennings (SBN 281568)
rjennings@akingump.com
4 Park Plaza
Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

Michael P. Kahn (admitted *pro hac vice*)
mkahn@akingump.com
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*

*[Signature]*

**K2 Concepts**
James Urbano (*pro se*)
359 Marlboro Way
Banning, CA 92220
Tel: (951) 675-1303