**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael P. Kahn (admitted *pro hac vice*)
mkahn@akingump.com
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Romeao Jennings (SBN 281568)
rjennings@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

*Attorneys for Plaintiffs 3M Company and 3M*
*Innovative Properties Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS,<br><br>Defendants. | Case No. 5:17-cv-649-RSWL-DTB<br><br>**PLAINTIFF 3M'S APPLICATION FOR CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING** |

TO THE CLERK OF THE COURT:

Under Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55-1, Plaintiffs 3M Company and 3M Innovative Properties Company ("3M") respectfully request that the Clerk of the above-entitled Court enter Default against Defendant Phoenix Automotive Refinishing Co., Ltd. ("Phoenix"). Phoenix has failed to plead or respond to 3M's Complaint within the time prescribed by the Federal Rules of Civil Procedure and has failed to otherwise defend against 3M's claims. The facts set forth herein are supported by the accompanying declarations of Sean Keseday ("Keseday Dec'l.") and Romeao J. Jennings ("Jennings Dec'l."), filed concurrently with this request.

Rule 55(a) of the Federal Rules of Civil Procedure provides that, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Phoenix is a party against whom a judgment for affirmative relief is sought within the meaning of Rule 55(a).

On April 5, 2017, 3M filed a Complaint for Patent Infringement, Copyright Infringement, Trademark Infringement, and False Designation of Origin against Defendants. (Jennings Dec'l. ¶ 2.) On November, 3, 2017, 3M personally served two of Phoenix's managing agents, while they were attending the SEMA show in Las Vegas, NV. (Keseday Dec'l. ¶¶ 3-4.) As evidenced by the Proof of Service on file with this Court (Dkt. 24), 3M personally served the Complaint, Summons, and supporting

1   documents on Paul Zhang and Shenggai Zhang—Phoenix's CEO and marketing

2   manager, respectively. (Keseday Dec'l. ¶ 3.)   Phoenix has not filed an Answer or

3   otherwise responded to 3M's Complaint.  (Jennings Dec'l. ¶ 4.)

4       Because Phoenix has failed to plead or otherwise defend against the affirmative

5   relief sought in 3M's Complaint, 3M requests that the Clerk enter default under Fed. R.

6   Civ. P. 55(a) and L.R. 55-1 against Phoenix.

7   Dated: January 5, 2018              Respectfully submitted,

8                                 **AKIN GUMP STRAUSS HAUER & FELD LLP**

9

10                           By: */s/ Romeao Jennings*
                                Romeao Jennings (SBN 281568)

11                           rjennings@akingump.com
                                4 Park Plaza, Suite 1900

12                           Irvine, CA 92614
                                Tel:   949-885-4100

13                           Fax:   949-885-4101

14                           Michael Kahn (admitted *pro hac vice*)
                                  mkahn@akingump.com

15                           One Bryant Park
                                New York, NY

16                           Tel:   212-872-1000
                                  Fax:   212-872-1002

17                           ***Counsel for Plaintiffs' 3M Company and 3M Innovative Properties Company***

18

19

20

21

**3M'S REQUEST FOR ENTRY OF DEFAULT AGAINST PHOENIX AUTOMOTIVE REFINISHING**

**CERTIFICATE OF SERVICE**

On January, 5, 2017, I served a true copy of the foregoing document described as 3M's Request for Entry of Default Against Phoenix Automotive Refinishing to via first class U.S. mail to all parties, at the following address:

> Phoenix Automotive Refinishing Co., Ltd.
> 599 Huzhou Street
> Hangzhou, China 31001

> */s/ Romeao Jennings*
> Romeao Jennings