**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael P. Kahn (admitted *pro hac vice*)
mkahn@akingump.com
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Romeao Jennings (SBN 281568)
rjennings@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

*Attorneys for Plaintiffs 3M Company and 3M*
*Innovative Properties Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS, <br><br> Defendants. | Case No. 5:17-cv-649-RSWL-DTB <br><br><br> **DECLARATION OF ROMEAO J. JENNINGS IN SUPPORT OF PLAINTIFF 3M'S APPLICATION FOR CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING** |

I, Romeao J. Jennings, declare and state as follows:

1.      I am an attorney at the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel of record for Plaintiffs 3M Company and 3M Innovative Properties Company ("3M") in this action.   I submit this Declaration in Support of 3M's Application to Enter Default Against Defendant Phoenix Automotive Refinishing Co., Ltd. ("Phoenix").   The following statements are based on my personal knowledge unless otherwise indicated.

2.      3M filed a Complaint for Patent Infringement, Copyright Infringement, Trademark Infringement, and False Designation of Origin against Phoenix (Dkt. No. 1).

3.      3M served Phoenix with the Complaint and Summons on November 3, 2017 (Dkt. No. 24).

4.      As of January 5, 2018, Phoenix has failed to file an Answer or otherwise respond to 3M's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2017 in Irvine, California.

*/s/ Romeao Jennings*
Romeao Jennings