**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael P. Kahn (admitted *pro hac vice*)
mkahn@akingump.com
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Romeao Jennings (SBN 281568)
rjennings@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

*Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS,<br><br>Defendants. | Case No. 5:17-cv-649-RSWL-DTB<br><br>**DECLARATION OF SEAN KESEDAY IN SUPPORT OF PLAINTIFF 3M'S APPLICATION FOR CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING** |

I, Sean Keseday, declare and state as follows:

1. I am an employee with Nationwide Legal, LLC ("Nationwide"). I submit this Declaration in Support of 3M's Application to Enter Default Against Defendant Phoenix Automotive Refinishing Co., Ltd. ("Phoenix"). The following statements are based on my personal knowledge unless otherwise indicated.

2. As part of my job responsibilities, I am responsible for serving legal documents for clients of Nationwide. I was tasked with serving a Complaint, Summons, and Exhibits (and Chinese translations) on Phoenix for the above-captioned matter.

3. On November 3, 2017, I arrived at the Las Vegas Convention Center, which was hosting the 2017 SEMA trade show. I was escorted by SEMA's legal counsel, Gregory Gemignani, to Phoenix's booth. Mr. Gemignani directed me to Phoenix's booth manager and CEO, Paul Zhang.

4. I served the documents identified above on Paul Zhang, who indicated that he did not speak English. He accepted the documents and handed them to Shenggai Zhang, who acted as an interpreter for Paul Zhang. I explained to both gentlemen the nature of the documents and that they were being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5TH 2018 in Las Vegas, Nevada.

_____
Sean Keseday

2