**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael P. Kahn (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Romeao Jennings (SBN 281568)
4 Park Plaza, Suite 1900
Irvine, CA 92614
Tel: (949) 885-4100
Fax: (949) 885-4101

*Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS,<br><br>Defendants. | Case No. 5:17-cv-649-RSWL-DTB<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING CO., LTD.**<br><br>Concurrently filed with:<br>1. Notice of Motion and Motion for Default Judgment;<br>2. Declaration of Romeao Jennings;<br>3. Declaration of Michael Kahn; and<br>4. [Proposed] Order.<br><br>Hon. Ronald S.W. Lew<br>Hearing Date: March 27, 1018 |

# NOTICE OF MOTION AND MOTION

NOTICE IS HEREBY GIVEN that on March 27, 2018, or as soon as the matter may be heard by the Hon. Ronald S.W. Lew, of the above-entitled Court, located at U.S. Courthouse, 350 W. 1st Street, Suite 4311, Plaintiffs 3M Company and 3M Innovative Properties Company (collectively, "3M") will and hereby do move the Court for an order entering a default judgement against Defendant Phoenix Automotive Refinishing Co., Ltd., ("Phoenix"). As a result of Phoenix's infringement of 3M's patents, copyright, and trademarks, 3M seeks a default judgment for: (1) nominal damages, (2) injunctive relief, and (3) attorney fees.

This motion is made on the grounds that despite personal service upon Phoenix through its Chief Executive Officer, Phoenix failed to respond to the Complaint. This Court entered default against Phoenix on January 8, 2018. 3M has been damaged and will continue to be irreparably harmed by Phoenix's conduct if a permanent injunction is not entered.

This motion is based on this Notice of Motion and Motion and the Memorandum of Points and Authorities, the Declarations of Romeao Jennings and Michael Kahn filed herewith, as well as all other pleadings, papers, records, and files in this action.

| | |
|---|---|
| Dated: February 20, 2018 | Respectfully submitted, |
| | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | By: <u>/s/ Romeao Jennings</u><br>Romeao Jennings (SBN 281568)<br>rjennings@akingump.com<br>4 Park Plaza, Suite 1900<br>Irvine, CA 92614<br>Tel:   949-885-4100<br>Fax:   949-885-4101 |
| | Michael Kahn (admitted *pro hac vice*)<br>mkahn@akingump.com<br>One Bryant Park<br>New York, NY<br>Tel:   212-872-1000<br>Fax:   212-872-1002 |
| | ***Counsel for Plaintiffs' 3M Company and 3M Innovative Properties Company*** |

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING CO., LTD.**