1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Michael P. Kahn (admitted *pro hac vice*)
2  One Bryant Park
   New York, NY 10036
3  Tel: (212) 872-1000
   Fax: (212) 872-1002
4
   Romeao Jennings (SBN 281568)
5  4 Park Plaza, Suite 1900
   Irvine, CA 92614
6  Tel: (949) 885-4100
   Fax: (949) 885-4101
7
   *Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*
8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>        Plaintiffs<br><br>    v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD. and K2 CONCEPTS,<br><br>        Defendants. | Case No. 5:17-cv-649-RSWL-DTB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PHOENIX AUTOMOTIVE REFINISHING CO., LTD.** |

This action came on for hearing before the Court, the Honorable Ronald S.W. Lew, U.S. District Court Judge presiding, on Plaintiffs 3M Company and 3M Innovative Properties Company's (collectively, "3M") Motion for Default Judgment Against Defendant Phoenix Automotive Refinishing Co., Ltd., and the evidence presented having been fully considered, the issues having been duly heard, a decision having been duly rendered, and there being no just reason for delay:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

Judgment shall be entered for 3M and against Phoenix Automotive Refinishing Co., Ltd., (the "Defendant") as follows:

1. Phoenix has infringed 3M's enforceable patent, copyright, and trademark, rights;

2. Phoenix's infringement of 3M's patent, copyright, and trademark rights is willful, with the knowledge that its actions constitute infringement;

3. Defendant is permanently enjoined from:

    a) Infringing upon Plaintiff's copyrights, including Copyright No. VA 2-020-468;

    b) Directly or indirectly manufacturing, purchasing, importing, exporting, advertising, promoting, offering to sell, selling, distributing, transferring, concealing, or otherwise disposing of any products bearing 3M's registered trademarks, including, but not

limited to Registration Nos. 2,861,036 and 4,156,991, and any colorable imitation thereof;

    c) Effectuating assignments or transfers, forming new entities or associations, or utilizing any device for the purpose of circumventing or otherwise avoiding the terms of this Order or aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon Plaintiff's copyrights or trademarks.

4. Plaintiff is awarded the following relief:

    a) Nominal damages in the amount of $1.00;

    b) Attorneys' fees in the amount of $65,637.00; and

    c) Costs in the amount of $10,515.39.

5. If at any future time Phoenix is found to have violated this Order, Phoenix shall be liable for all attorneys' fees and costs reasonably incurred to enforce this Order or otherwise remedy such violation.

Dated: _____      _____
                              HONORABLE Ronald S.W. Lew
                              U.S. District Court Judge

2