**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3M COMPANY; and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PHOENIX AUTOMOTIVE REFINISHING CO., LTD.; and K2 CONCEPTS,<br><br>　　　　Defendants. | CV No. 17-00649-RSWL-DTB<br><br>**JUDGMENT** |

**WHEREAS,** on April 27, 2017, this Court entered the Consent Judgment against Defendant K2 Concepts [18],

**WHEREAS,** on January 8, 2018, the Court Clerk entered default against Defendant Phoenix Automotive Refinishing Co., Ltd. ("Phoenix") [26], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS,** this Court **GRANTED** Plaintiffs 3M Company and 3M Innovative Properties Company's (collectively,

1

"3M") Motion for Default Judgment [28],

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of 3M and against Phoenix, in accordance with this Court's previous Order granting 3M's Motion for Default Judgment. Nominal damages are awarded to 3M in the amount of $1.00. Attorneys' fees are further awarded to 3M in the amount of $65,637.00. The Court also awards costs to 3M in the amount of $10,515.39.

Furthermore, the Court **GRANTS** 3M's request for entry of a permanent injunction, and **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Phoenix, its agents, servants, and employees, and all persons in active concert and participation with Phoenix who receive actual notice of the injunction are permanently enjoined from:

(1) Infringing upon 3M's copyrights, including Copyright No. VA 2-020-468;

(2) Directly or indirectly manufacturing, purchasing, importing, exporting, advertising, promoting, offering to sell, selling, distributing, transferring, concealing, or otherwise disposing of any products bearing 3M's registered trademarks, including, but not limited to Registration Nos. 2,861,036 and 4,156,991, and any colorable imitation thereof; and

(3) Effectuating assignments or transfers, forming

|   |   |
|---|---|
| 1 | new entities or associations, or utilizing any |
| 2 | device for the purpose of circumventing or |
| 3 | otherwise avoiding the terms of this Order or |
| 4 | aiding, abetting, contributing to, or otherwise |
| 5 | assisting anyone in infringing upon 3M's |
| 6 | copyrights or trademarks. |

As no Defendants remain, the case is dismissed and the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: April 25, 2018        s/ RONALD S.W.LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge